ASHLEY M. MCDOW (245114)
FAHIM FARIVAR (252153)
**FOLEY & LARDNER LLP**
Attorneys at Law
555 S. Flower Street, Suite 3300
Los Angeles, Ca 90071
Telephone: 213.972.4615
Facsimile: 213.486.0065
E-mail: amcdow@foley.com
        ffarivar@foley.com

Attorneys for Debtor,

SOUTHERN INYO HEALTHCARE DISTRICT

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 1:16-BK-10015-FEC |
| SOUTHERN INYO HEALTHCARE DISTRICT, | CHAPTER 9 |
| | ADV. PROC. NO.: 2018-01045 |
| DEBTOR. | Honorable Fredrick E. Clement |
| SOUTHERN INYO HEALTHCARE DISTRICT, | Doc. No.: FL-3 |
| PLAINTIFF, | **CERTIFICATE OF SERVICE** |
| V. | |
| HEALTHLAND, INC., | |
| DEFENDANT. | |

    I am over the age of eighteen years and not a party to the above referenced action. I am employed by Foley & Lardner LLP, at whose direction this service was made. My business address is 555 S. Flower Street, Suite 3300, Los Angeles, CA 90071. On or about December 19, 2018, I served the following document(s) in accordance with the attached certificate of service:

1. **NOTICE OF WITHDRAWAL OF COMPLAINT AND REQUEST FOR DISMISSAL OF ADVERSARY PROCEEDING**

__X__ **EMAIL** The following individuals/entities will be served electronically via ECF notification. Listing parties means that they will be served no later than 24 hours from the date of this service.

Ashley M. McDow on behalf of Plaintiff Southern Inyo Healthcare District
scvasquez@foley.com; ffarivar@foley.com; amcdow@foley.com; amcdow@foley.com

Riley C. Walter on behalf of Creditor Tulare Local Healthcare District
ECF@w2lg.com

___ **FIRST CLASS MAIL**. I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by causing a true and correct copy of the aforementioned documents to be placed in a sealed envelope in the U.S. Mail, first class, postage prepaid, and addressed as listed below. Mailing will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed at Los Angeles, California, on December 19, 2018.

By: _/s/Susan Vasquez_
   Susan Vasquez

- 2 -

CERTIFICATE OF SERVICE